**Kenneth R. Davis II**, OSB No. 971132
davisk@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NORPAC FOODS, INC.,** an Oregon corporation**,** | Case No. 3:12-cv-01778-MO |
| Plaintiff, | Plaintiff Norpac Foods, Inc.'s **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| **MICRO FOCUS,** a Delaware corporation**,** | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Norpac Foods, Inc. by and through its attorneys, voluntarily dismiss this case without prejudice, each party to bear its own fees and costs.

PAGE 1 -   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Clerk of Court is respectfully requested to close this case.

DATED: November 15, 2012

            LANE POWELL PC

            By  *s/Kenneth R. Davis II*
              Kenneth R. Davis II, OSB No. 971132
              Telephone: 503.778.2121
            Attorneys for Plaintiff

PAGE 2 -   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE